UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

In Re
PAMELA LACHER

Debtor.

PAMELA LACHER

Appellant,

v.

JON LANE and SUE LANE,

Appellees.

Case No.: 26-cv-3028-BJC-DDL

**ORDER GRANTING EMERGENCY EX-PARTE APPLICATION FOR ADMINISTRATIVE STAY [ECF NO. 18]**

Appellant Pamela Gayle Lacher ("Appellant") is seeking to proceed with a bankruptcy appeal, which has been referred to the Bankruptcy Appellate Panel of the Ninth Circuit. ECF No. 1. In the present Motion, Appellant requests that this Court stay the present case or provide her with additional time within which to file her opening brief in this case. ECF No. 18. Appellant contends that relief is warranted because this "Court cannot evaluate Appellant's threshold subject-matter jurisdiction and Article III standing challenges" while those issues are pending before the Ninth Circuit. *Id.* at 2.

A district court and a court of appeals "should not attempt to assert jurisdiction over a case simultaneously." *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982). "The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Id*. Because a finding on the issue of subject-matter jurisdiction may impact this Court's adjudication of the present matter, a stay is warranted. Accordingly, Appellant's Emergency Ex-Parte Application for an Administrative Stay is **GRANTED**. Appellant is directed to file a status report updating the Court on the Ninth Circuit appeal **no later than February 1, 2027**.

**IT IS SO ORDERED.**

Dated: November 20, 2026

Honorable Benjamin J. Cheeks
United States District Judge